```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUIS TORO, on behalf of himself and all others similarly situated,

                  Plaintiffs,

-against-

PACIFIER, LLC

                  Defendant.

Docket No: 1:22-cv-8280-VEC

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff LUIS TORO, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

    Dated:    Queens, New York
                  March 1, 2023

                                                Respectfully submitted,

                                                /s/ *Mars Khaimov*

                                                Mars Khaimov, Esq.
                                                Mars Khaimov Law, PLLC
                                                10826 64th Avenue, Second Floor
                                                Forest Hills, New York 11375
                                                mars@khaimovlaw.com

IT IS HEREBY ORDERED that Plaintiff's claims are dismissed with prejudice. Within **30 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within 30 days. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

The Clerk of Court is respectfully directed to terminate all open motions and deadlines and to close this case.

SO ORDERED.

Date: 3/3/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE