UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself
and all others similarly situated,

               Plaintiffs,

       -against-

PACIFIER, LLC.

               Defendant.

Case No. 1:22-cv-8280

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
            April 18, 2023

                                          Respectfully Submitted,

                                          **/s/ Mars Khaimov**
                        By:    Mars Khaimov, Esq.
                               108-26 64th avenue, Second Floor
                               Forest Hills, New York 11375
                               Tel (929) 324-0717
                               Fax (929) 333-7774
                               Email: mars@khaimovlaw.com
                               *Attorney for Plaintiff*